**No. 09-9552. Carlos Andres Monsalve, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2119, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3344.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 342 Fed. Appx. 451.

**No. 09-9554. Germon Montrel Winston, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2119, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3439.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 355 Fed. Appx. 822.

**No. 09-9556. Rashawn Bias, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2119, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3417.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 352 Fed. Appx. 162.

**No. 09-9558. Rodney Audie Belvado, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2119, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3290.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 854.

**No. 09-9560. Michael Christopher Davis, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2120, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3346.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 590 F.3d 847.

**No. 09-9561. Tremayne Scoggins, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2120, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3443.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9562. Thomas Martin Sukup, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2120, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3155.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9566. Leticia Galeote, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 744, 2010 U.S. LEXIS 3138.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 110.